UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Spirit & Sanzone Distributors Co. Inc. and Salamanca-Area Beverage Company Inc.    Plaintiff, <br><br> -v- <br><br> Coors Brewing Company <br><br>                                                          Defendant. | Case No._____ <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Spirit & Sanzone Distributors Co. Inc.__   (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:**  1/10/08

Signature of Attorney

**Attorney Bar Code:** (GE 9315)