# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Spirit & Sanzone Distributors Co. Inc. and Salamanca-Area Beverage Company Inc.    Plaintiff,<br><br>-v-<br><br>Coors Brewing Company<br><br>                                                                    Defendant. | Case No._____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Salamanca-Area Beverage Company Inc.__        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:**   1/10/08

Signature of Attorney

**Attorney Bar Code:** (GE 9315)