Robert A. Scher (RS – 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Coors Brewing Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIRIT & SANZONE DISTRIBUTORS CO., INC., and SALAMANCA-AREA BEVERAGE COMPANY INC., <br><br> Plaintiffs, <br><br> - against - <br><br> COORS BREWING COMPANY, <br><br> Defendant. | 08-CV-00251 (LLS) <br> ECF CASE <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the law firm of Foley & Lardner LLP, by the undersigned, hereby appears as counsel for defendant Coors Brewing Company in the above-captioned action.

Please adjust your records accordingly and serve additional copies of all future pleadings, court papers and correspondence to the address listed below:

Robert A. Scher (RS – 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: rscher@foley.com

NYC_60799.1

Dated: January 17, 2008
New York, New York

_Robert A. Scher_
Robert A. Scher (RS – 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
Fax: (212) 687-2329

*Attorneys for Coors Brewing
Company*