ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -X

SPIRIT & SANZONE DISTRIBUTORS CO., INC.

   Plaintiffs,

       v.

SALAMANCA-AREA BEVERAGE CO., INC.,
ET AL

   Defendants

- - - - - - - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/08

ORDER FOR CONFERENCE
PURSUANT TO RULE 16(b)

08 Civ. 251 (LLS)

     This action is scheduled for a conference in accordance with Fed. R. Civ. P. 16(b) on _____Friday, April 11th_____, 2008 at _____2:30 p.m._____ in Room _____21C_____. The parties must be prepared to discuss, at the conference, the subjects set forth in subdivisions (b) and (c) of Rule 16.

     <u>At least a day before the time of the conference</u>, the parties are jointly to prepare and sign, and at the conference they are to submit to me a proposed Scheduling Order, previously signed by counsel and <u>pro</u> <u>se</u> litigants, containing the following:

    (1)  the date of the conference and the appearances
         for the parties;

    (2)  a concise statement of the issues as they then
         appear;

    (3)  a schedule including:

        (a)  the names of persons to be deposed and a
            schedule of planned depositions;

        (b)  a schedule for the production of documents;

(c)    dates by which (i) each expert's
       reports' will be supplied to the
       adversary side, and (ii) each expert's
       deposition will be completed;

(d)    time when discovery is to be completed;

(e)    the date by which plaintiff will supply his
       pre-trial order materials to defendant;

(f)    the date by which the parties will submit a
       pre-trial order in a form conforming with
       the Court's instructions together with trial
       briefs and either (1) proposed findings of
       fact and conclusions of law for a non-jury
       trial, or (2) proposed voir dire questions
       and proposed jury instructions, for a jury
       trial; and

(g)    a space for the date for a final pre-trial
       conference pursuant to Fed. R. Civ. P.
       16(d), to be filled in by the Court at the
       conference.

(4)    a statement of any limitations to be placed on
       discovery, including any protective or
       confidentiality orders;

(5)    a statement of those discovery issues, if any, on
       which counsel, after a good faith effort, were
       unable to reach an agreement;

(6)    anticipated fields of expert testimony, if any;

(7)    anticipated length of trial and whether to court
       or jury;

(8)    a statement that the Scheduling Order may be
       altered or amended only on a showing of good
       cause not foreseeable at the time of the
       conference or when justice so requires;

(9)    names, address, phone numbers and signatures of
       counsel; and

---

'The experts' reports are to set forth not merely the
expert's qualifications and conclusions, but also the facts on
which the expert relies and the process of reasoning by which the
expert's conclusions are reached.

(10)   provision for approval of the court and signature
        line for the court.

If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the conference.

Plaintiff is directed forthwith to notify defendant(s) of the contents of this order, and send a copy of the notification to my chambers.


Dated:    January 16, 2008
          New York, New York


                                    _Louis L. Stanton_
                                    LOUIS L. STANTON
                                    U. S. D. J.