Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
(212) 682-7474

Jon P. Christiansen
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-5557

Attorneys for Defendant Coors Brewing Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPIRIT & SANZONE DISTRIBUTORS CO., :
INC., AND SALAMANCA-AREA :
BEVERAGE COMPANY, INC, :
　　　　　　　　　　　　　　　　　　:
　　　　Plaintiffs, : Civil Action No. 08 CV 0251(LLS)
　　　　　　　　　　　　　　　　　　:
vs. :
　　　　　　　　　　　　　　　　　　: **DEFENDANT'S RULE 7.1**
COORS BREWING COMPANY, : **DISCLOSURE STATEMENT**
　　　　　　　　　　　　　　　　　　:
　　　　Defendant.

---

　　　　Pursuant to Fed. R. Civ. P. 7.1, Defendant Coors Brewing Company states that it is a wholly owned subsidiary of Molson Coors Brewing Company, a public company.

Dated: New York, New York
　　　　January 18, 2008

MILW_2930916.1

*/s/ Robert A. Scher*
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
(212) 682-7474

Jon P. Christiansen
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-5557

Attorneys for Defendant Coors Brewing Company