Robert A. Scher (RS 4790)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
(212) 682-7474

Jon P. Christiansen
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
(414) 297-5557

Attorneys for Defendant Coors Brewing Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIRIT & SANZONE DISTRIBUTORS CO., INC., AND SALAMANCA-AREA BEVERAGE COMPANY, INC, <br><br> Plaintiffs, <br><br> vs. <br><br> COORS BREWING COMPANY, <br><br> Defendant. | Civil Action No. 08 CV 0251(LLS) <br><br> **DECLARATION OF JON P. CHRISTIANSEN** |

Jon P. Christiansen declares as follows:

1.  I am a partner with the firm of Foley & Lardner LLP in its Milwaukee office. I am the lead counsel in matters representing Coors Brewing Company ("Coors") against the plaintiffs.

2.  On behalf of Coors, I commenced arbitration proceedings before the American Arbitration Association ("AAA") against Spirit & Sanzone Distributors, Co., Inc. ("Sanzone") and Salamanca-Area Beverage Company, Inc. ("Salamanca"). The arbitration demands are

MILW_2929272.1

attached to the affidavits of Jeffry Stark and William Sanzone, which affidavits I am advised will be filed the plaintiffs in support of their motion for an injunction against the arbitration proceedings. The arbitration demands were issued on December 11, 2007.

3. The AAA held a telephonic preliminary conference with counsel today, January 17, 2008. I participated on behalf of Coors and Gary Ettleman participated on behalf of Sanzone and Salamanca. The case manager for the AAA indicated that the next thing that would happen in the arbitration is that the AAA will send to the parties proposed lists of candidates for the selection of arbitrators in each of the arbitration cases. The case manager stated that it was likely that the parties would have at least till the end of the month of January to return their arbitrator selections. It has been my experience in prior AAA proceedings that it takes at least two weeks after the return of the arbitrator selection forms before an arbitrator is chosen from the parties' lists.

4. I am authorized by Coors to indicate that Coors will not assert that the plaintiffs participation in the selection of arbitrators operates as a waiver of the plaintiffs' right to contend that they are not required to arbitrate the present dispute.

I declare subject to the penalties of perjury that the foregoing is true and correct. Executed on this 17th day of January, 2008.

*[signature]*