UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SPIRIT & SANZONE DISTRIBUTORS CO., INC., and     08 CV 0251 (LLS)
SALAMANCA-AREA BEVERAGE COMPANY INC.,

                     Plaintiffs,

                                               **ORDER TO**
                                               **SHOW CAUSE**

   -   against –

COORS BREWING COMPANY,

                     Defendant.
------------------------------------------------------------------x

      Upon reading the Complaint, the Declaration of William Sanzone, sworn to on January 16, 2008 and the annexed exhibits, the Declaration of Jeffrey Stark, sworn to on January 16, 2008 and the annexed exhibits, the Declaration of Gary Ettelman, Esq., sworn to on January 17, 2008 and the annexed exhibits, and Plaintiffs' Memorandum of Law in Support of a Temporary Restraining Order and Preliminary Injunction, dated January 16, 2008;

      **IT IS HEREBY ORDERED**, that the above-named defendant show cause before the Honorable Louis L. Stanton of this Court located at 500 Pearl Street, New York, N.Y., at _____ o'clock in the ___ noon, on January _____, 2008, or as soon thereafter as counsel can be heard, why an order should not be issued pending the outcome of this action, pursuant to Rule 65 of the Federal Rules of Civil Procedure and Section 4 of the Federal Arbitration Act:

      A.      Dismissing or, in the alternative, permanently staying the underlying arbitrations (the "Arbitration") brought by Defendant against Plaintiff, Spirit and Sanzone Distributors Co., Inc under the auspices of the American Arbitration Association ("AAA"), bearing AAA case number 13 155 02713 07 and against Salamanca-Area Beverage Company, Inc.

bearing AAA case number 13 155 02714 07  (collectively the "Arbitrations"); or in the alternative,

B.     Temporarily staying the Arbitrations and all proceedings in connection therewith pending the entry of a judgment deciding this action; and it is

**ORDERED,** that pending the hearing and determination of Plaintiffs' application for a Preliminary Injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure and Section 4 of the Federal Arbitration Act, the Arbitrations and all proceedings in connection therewith be and are hereby stayed; and it is further

**ORDERED**, that service of this Order to Show Cause and the papers upon which it is based shall be deemed good and sufficient if delivered by overnight mail, to the offices of the attorneys for Defendant in the Arbitrations, the law firm of Foley & Lardner LLP, 777 E. Wisconsin Avenue, Milwaukee, Wisconsin, 53202, Attn:  Jon P. Christiansen, on or before January _____, 2008.

Dated:  New York, New York
Issued: _____, 2008

_____
UNITED STATES DISTRICT JUDGE