UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SPIRIT & SANZONE DISTRIBUTORS CO., INC., and              08 CV 0251 (LLS)
SALAMANCA-AREA BEVERAGE COMPANY INC.,

                     Plaintiffs,

                                                                **ATTORNEY DECLARATION**

   -against-

COORS BREWING COMPANY,

                     Defendant.
-------------------------------------------------------------------x

       GARY ETTELMAN, declares as follows:

       1.     I am a member of Ettelman & Hochheiser, P.C., attorneys for Plaintiffs Spirit & Sanzone Distributors Co., Inc. and Salamanca-Area Beverage Company, Inc. (collectively the "Plaintiffs"). I make this declaration in support of Plaintiffs' application for a Temporary Restraining Order and Preliminary Injunction against the Defendant Coors Brewing Company.

       2.     On January 11, 2008, Plaintiffs filed the Complaint in this action.

       3.     Defendant, through its attorneys, Foley and Lardner, LLP have accepted service of the Complaint.

       4.     In addition, Defendant, through its attorneys, Foley and Lardner, LLP have agreed to accept service of Plaintiffs' application for a temporary restraining order and request for preliminary injunction.

       5.     On January 17, 2008, my firm provided Defendant, through its attorneys, Foley and Lardner, LLP, with notice of Plaintiffs' application for a temporary restraining order and request for a preliminary injunction by serving a copy of Plaintiff's application,

2

together with all of the Exhibits and supporting Memorandum of Law on Jon P. Christiansen, Esq, of Foley and Lardner, LLP, by electronic mail, together with a cover letter which advised Defendant that the application would be presented to the Court on January 18, 2008.

    I declare under penalty of perjury under the laws of the United States of America that the statements contained in this declaration are true and correct.

Executed on: January 17, 2008

                      /s/ Gary Ettelman
                      GARY ETTELMAN (GE 9315)