UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPIRIT & SANZONE DISTRIBUTING CO., )
INC., and SALAMANCA AREA )
BEVERAGE COMPANY, INC., )
                                  )
      Plaintiffs,                )    Case No. 08-CV-0251 (LLS)
                                  )
v.                                   )
                                  )
COORS BREWING COMPANY      )
                                  )
     Defendant.               )

## STIPULATION AND ORDER FOR DISMISSAL

The parties, by their attorneys, hereby stipulate to the dismissal of this action, with prejudice but without costs to either party.

Dated this 31 day of July, 2008

_____
Gary Ettelman
ETTELMAN & HOCHHEISER, P.C.
100 Quentin Roosevelt Blvd., Ste. 401
Garden City, NY 11530
Telephone: 516.227.6300
Facsimile: 516.227.6307
gettleman@e-law.com
*Attorney for Plaintiffs Spirit & Sanzone Distributing Co., Inc. and Salamanca Area Beverage Company, Inc.*

Dated this 29th day of July, 2008

_____
Robert A. Scher
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: 212.338.3405
Facsimile: 212.687.2329
rscher@foley.com
*Attorney for Defendant Coors Brewing Co.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPIRIT & SANZONE DISTRIBUTING CO., INC., and SALAMANCA AREA BEVERAGE COMPANY, INC., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 08-CV-0251 (LLS) |
| v. | ) |
| COORS BREWING COMPANY | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED, pursuant to the foregoing Stipulation, that the above action is dismissed with prejudice but without costs to either party.

Dated this ___ day of _____, 2008

_____
Louis L. Stanton
United States District Judge